IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | | |
|---|---|---|
| **KATHY LASKY,** | ) | CV-05-53-BU-RFC |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER ADOPTING FINDINGS** |
| | ) | **AND RECOMMENDATIONS OF** |
| **CITY AND COUNTY OF BUTTE-** | ) | **U.S. MAGISTRATE JUDGE** |
| **SILVER BOW, JOHN WALSH,** | ) | |
| **JUDITH JACOBSEN and** | ) | |
| **TIM CLARK, as individuals and in** | ) | |
| **their official capabilities,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

On July 17, 2006, United States Magistrate Judge Richard W. Anderson entered his Findings and Recommendation. Magistrate Judge Anderson recommends this Court deny Plaintiff's Motion for Default Judgment (*Doc. 17*) and give Plaintiff two weeks to obtain proper service of process over Defendant John Walsh.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, no party filed objections to the July 17, 2006 Findings and Recommendation. Failure to object to a magistrate judge's findings and recommendation waives all objections to the findings of fact. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1999). However, failure to object does not relieve this Court of its burden to review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989).

1

After a review of the record and applicable law, this Court finds Magistrate Judge Anderson's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

Accordingly, **IT IS HEREBY ORDERED** Plaintiff's Motion for Default Judgment (Doc. 17) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff is allotted two weeks to obtain proper service of process over Defendant John Walsh.[1]

The Clerk of Court shall notify the parties of the making of this Order.

DATED the 3d day of August, 2006.

_/s/ Richard F. Cebull_____
RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE

---

[1] According to the Court file, Plaintiff successfully served Defendant Walsh on August 2, 2006.